| | | | |
|---|---|---|---|
| | AUSA: DePorre | Telephone: | (810) 766-5177 |
| AO 91 (Rev. 11/11)  Criminal Complaint | Special Agent: Sutara, ATF | Telephone: | (810) 341-5710 |

# UNITED STATES DISTRICT COURT
for the

Eastern District of Michigan

United States of America
v.
Jim Edward Wilson,

Case No.  Case: 4:25−mj−30464
Assigned To : Unassigned
Assign. Date : 7/18/2025
USA V. SEALED (CMP)(CMC)

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __April 12, 2023__ in the county of __Genesee__ in the __Eastern__ District of __Michigan__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 922(g) | Felon in possession of ammunition |
| 18 U.S.C. § 922(o) | Possession of a machinegun |

This criminal complaint is based on these facts:

There is probable cause that on or about April 12, 2023, in the Eastern District of Michigan, Jim Edward Wilson having been previous convicted of a crime punishable by a term of imprisonment exceeding one year, knowingly possessed, in and affecting commerce, ammunition in violation of 18 United States Code, Section 922(g)(1), and knowingly possessed a machinegun (Glock Switch) in violation of 18 United States Code, Section 922(o).

☑ Continued on the attached sheet.

*Complainant's signature*

Nathan Sutara, Special Agent, ATF
*Printed name and title*

Sworn to before me and signed in my presence
and/or by reliable electronic means.

Date: __July 18, 2025__

*Judge's signature*

City and state: __Flint, MI__      Curtis Ivy, Jr., United States Magistrate Judge
*Printed name and title*

## AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT
*United States v. Jim Edward Wilson*

I, Nathan Sutara, being duly sworn, depose and state the following:

### INTRODUCTION AND AGENT BACKGROUND

1.   I have been employed as a Special Agent (SA) with the Bureau of Alcohol, Tobacco, Firearms, and Explosives (ATF) since May 2018. I am currently assigned to the Detroit, Michigan Field Division, Flint Field Office. I am tasked with investigating violations of firearms and narcotics laws. Before working with ATF, I was employed by the Michigan Department of State Police (MSP) for approximately 5 years. I held several positions with MSP, including Detective/Trooper with the Major Case Unit in Saginaw, Michigan. During this employment, I investigated numerous incidents involving robberies, shootings, and homicides as well as violations of state and federal firearms laws.

2.   I make this affidavit from personal knowledge based on my participation in this investigation, my review of reports and other materials prepared by those who have personal knowledge of the events and circumstances described herein, and information gained through my training and experience. The information outlined below is provided for the limited purpose of establishing probable cause and does not contain all details or all facts of which I am aware relating to this

1

investigation.

3. Based on the facts below, I believe that on April 12, 2023, in Flint, Michigan, in the Eastern District of Michigan, Jim Edward Wilson having been previous convicted of a crime punishable by a term of imprisonment exceeding one year, knowingly possessed, in and affecting commerce, ammunition in violation of 18 United States Code, Section 922(g)(1), and knowingly possessed a machinegun (Glock Switch) in violation of 18 United States Code, Section 922(o).

## **PROBABLE CAUSE**

4. I am currently investigating Jim Edward Wilson for violating federal firearm laws.

5. As part of my investigation, I have reviewed criminal history records for Jim Edward Wilson which show that he has a felony conviction for possession of methamphetamine on May 14, 2012, out of the Genesee County 7th Circuit Court.

6. On April 10, 2023, ATF Special Agent (SA) Zylik drafted and obtained a federal search warrant for 758 Simcoe Avenue. The warrant was signed by United States Magistrate Judge Curtis Ivy Jr. (4:23-mc-50738-1).

7. On April 12, 2023, ATF and MSP executed this warrant.

8. During the execution of the search warrant, police noted the basement bedroom was padlocked shut. Upon gaining entry, police noted "Cisco CZ" was

written on the wall. I know from this investigation as well as from additional intelligence that Jim Edward Wilson's "street name" is "Cisco CZ."

9. During the execution of the search warrant, two residents of the house confirmed Wilson lives in the basement bedroom that was padlocked. They also stated only Wilson had access to this bedroom.

10. Within Wilson's basement bedroom, ATF located and seized assorted ammunition, to include:

- Six (6) total rounds of .38 caliber ammunition, to include five (5) rounds of Winchester-Western .38 Special ammunition



- One (1) round of Winchester 9mm ammunition



- Thirteen (13) rounds of Winchester .40 caliber ammunition



- Twenty two (22) rounds of Hornaday .25 caliber ammunition

- It should be noted, additional ammunition was located and seized. The above is not all the ammunition collected from Wilson's bedroom. Wilson was found to have a large quantity of assorted ammunition, parts, and components.

11. I have spoken with Special Agent Dustin Hurt who has received specialized training regarding the manufacture and shipping of firearms and ammunition. S/A Hurt stated the above ammunition (Winchester-Western, Hornaday, and Winchester) were all manufactured outside the state of Michigan.

4

12.     ATF also located and seized a Glock switch from Wilson's bedroom.



13.     I know that Glock switches convert semi-automatic Glock pistols to fully automatic machineguns. That is, Glock switches convert Glock pistols to shoot automatically more than one shot, without manual reloading, by a single function of the trigger.

14.     Additionally, the National Firearms Act, 26 U.S.C. 5845(b), defines "machinegun" to include any combination of parts designed and intended for use in converting a weapon to shoot automatically more than one shot, without manual reloading, by a single function of the trigger. As a result, a "Glock switch" has been held to be a combination of parts designed and intended for use in converting a

5

weapon to shoot automatically more than one shot, without manual reloading, by a single function of the trigger. Consequently, the Glock switch is a machinegun as defined by 26 U.S.C. 5845(b).

## CONCLUSION

15. Based upon this information, probable cause exists that Jim Edward Wilson having been previous convicted of a crime punishable by a term of imprisonment exceeding one year, knowingly possessed, in and affecting commerce, ammunition violation of 18 United States Code, Section 922(g)(1), and knowingly possessed a machinegun (Glock switch) in violation of 18 United States Code, Section 922(o).

Respectfully submitted,

_____
Nathan Sutara
Special Agent
Bureau of Alcohol, Tobacco,
Firearms, and Explosives

Subscribed and sworn to before me and/or by reliable electronic means on July 18, 2025.

_____
Hon. Curtis Ivy, Jr.
United States Magistrate Judge

6